ATTACHMENT 1

Revised: 10-4-2004

## 2005 R&D Headcount

| Code | Department / Name | Value | Total |
|---|---|---|---|
| 454500 | Technology Administration | | |
| | Lau | 1.00 | |
| | Bireley | 0.25 | |
| Total | | | 1.25 |
| 458910 | Zeolite Catalyst | | |
| | [redacted] | 0.00 | |
| | Cormier | 1.00 | |
| | Connolly | 1.00 | |
| | Cooper | 1.00 | |
| | Donahue | 1.00 | |
| | Frick | 1.00 | |
| | Fuess | 1.00 | |
| | Li, H-X | 1.00 | |
| | McManus | 1.00 | |
| | Monino | 1.00 | |
| | Pasquale | 1.00 | |
| | Smink | 1.00 | |
| | Sobel | 1.00 | |
| | Vanisko | 1.00 | |
| | Votta | 1.00 | |
| | Woltermann | 1.00 | |
| | Zefferi | 1.00 | |
| | Bireley | 0.50 | |
| Total | | | 16.50 |
| 458550 | Zeolite Products | | |
| | Fisher | 0.00 | |
| | Wyearl | 0.00 | |
| | [redacted] | | |
| Total | | | 0.00 |
| 458901 | Detergent Products | | |
| Total | | | 0.00 |
| 458700 | Specialty Adsorbents | | |
| | Patterson | 0.50 | |
| | Berg | 1.00 | |
| | Ding | 1.00 | |
| | Slobogin | 0.75 | |
| | Hu | 0.30 | |
| | Sidberry | 0.25 | |
| | [redacted] | 0.00 | |
| Total | | | 3.80 |
| 458710 | Silica Catalysts | | |
| | Patterson | 0.50 | |

| Code | Name | Value | Total |
|---|---|---|---|
| | Gillings | 1.00 | |
| | Lee | 1.00 | |
| | Pallanta | 1.00 | |
| | Pullukat | 1.00 | |
| | Wimberley | 1.00 | |
| | Slobogin | 0.25 | |
| | Hu | 0.70 | |
| | Sidberry | 0.25 | |
| | ████████ | ████ | |
| Total | | | 6.70 |
| 458610 | Potters | | |
| | Senturk | 1.00 | |
| | Dang | 1.00 | |
| | Meshey | 1.00 | |
| | Wade | 1.00 | |
| | Bireley | 0.125 | |
| | ████████ | ████ | |
| | Beegle-Renna | 1.00 | |
| | Fisher | 1.00 | |
| | Wypart | 0.00 | |
| | ████████ | ████ | |
| Total | | | 6.125 |
| 503830 | Potters - Conductives | | |
| | Abuelhawa | 1.00 | |
| | Fuerhaupter | 1.00 | |
| | Bireley | 0.125 | |
| | ████████ | ████ | |
| Total | | | 2.125 |
| 626230 | Hollow Spheres | | |
| | ████████ | ████ | |
| Total | | | 0.00 |
| 458900 | Exploratory | | |
| | ████████ | ████ | |
| | Wypart, Roman | 1.00 | |
| | Senderov | 1.00 | |
| | Thompson | 1.00 | |
| Total | | | 3.00 |
| 458520 | Analytical | | |
| | Miller | 0.50 | |
| | Agarwal | 1.00 | |
| | Halasz | 1.00 | |
| | Lenox | 1.00 | |
| | Li, R | 1.00 | |
| | Marchese | 1.00 | |
| | Marcus, A | 1.00 | |
| | Tickner | 1.00 | |
| | ████████ | ████ | |

PQBM - 010843

| | | | |
|---|---|---:|---:|
| Total | | | 7.50 |
| 454735 | TIC | | |
| | Whitehurst | 1.00 | |
| | New | 1.00 | |
| | Assan | 1.00 | |
| Total | | | 3.00 |
| 458510 | Facility | | |
| | Miller | 0.50 | |
| | Luciani | 0.50 | |
| | Gravinese | 1.00 | |
| | ~~Sidberry~~ | ~~0.50~~ | |
| | ~~Salerno~~ | ~~0.50~~ | |
| Total | | | 2.50 |
| Total Headcount | | | 52.500 |

PQBM - 010844