IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, ROMAN WYPART, ERNEST SENDEROV, and MARY ELLEN CALLAGHAN, | : : : : | |
| Plaintiffs | : : | CIVIL ACTION NO.: 07-02075 |
| v. | : : | |
| PQ CORPORATION | : : | |
| Defendant | : | |

## ORDER

AND NOW this _____ day of _____, 2009, upon consideration of Plaintiffs' Motion in Limine to Exclude Report and Testimony of Dr. Kathleen Lundquist, with supporting memorandum of law, it is hereby ORDERED and DECREED, that said motion is GRANTED. The expert report and testimony of Defendant's expert, Dr. Kathleen Lundquist, is hereby excluded.

                                                            _____
                                                            Hon. John P. Fullam
                                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, ROMAN WYPART, ERNEST SENDEROV, and MARY ELLEN CALLAGHAN, | : : : : | |
| Plaintiffs | : : | CIVIL ACTION NO.:  07-02075 |
| v. | : : | |
| PQ CORPORATION | : : | |
| Defendant | : | |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE**
**EXPERT REPORT AND TESTIMONY OF DR. KATHLEEN LUNDQUIST**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs Bonnie Marcus, Roman Wypart, Ernest Senderov and Mary Ellen Callaghan respectfully request that the Court exclude the expert report and testimony of defendant's expert, Dr. Kathleen Lundquist, from trial.

                                      Respectfully submitted,

                                      */s/ Scott B. Goldshaw*
                                      Scott B. Goldshaw - ID. 85492
                                      Katie R. Eyer - ID. 200756
                                      SALMANSON GOLDSHAW, P.C.
                                      Two Penn Center
                                      1500 J.F.K. Blvd., Suite 1230
                                      Philadelphia, PA  19102
                                      215-640-0593

Date:  June 18, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, ROMAN WYPART, ERNEST SENDEROV, and MARY ELLEN CALLAGHAN, | : : : : | |
| Plaintiffs | : : | CIVIL ACTION NO.: 07-02075 |
| v. | : : : | |
| PQ CORPORATION | : : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2009, I caused a true and correct copy of the foregoing *Plaintiffs' Motion in Limine to Exclude Report and Testimony of Dr. Kathleen Lundquist,* to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service of the motion upon the following counsel, being Electronic Case Filing Users, is complete upon counsel's receipt of the Court's e-mail notification of the Notice of Electronic Filing:

        Elizabeth A. Malloy
        Peter J. Ennis
        *Counsel for Defendant*

_____
Scott B. Goldshaw