IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | NO. 07-2075 |

ORDER

AND NOW, this 6th day of July 2009, upon consideration of the defendant's Motion for Summary Judgment, the responses and replies thereto, and the arguments of counsel,

IT IS hereby ORDERED that:

The Motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,   Sr. J.