IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | NO. 07-cv-2075-JF |

ORDER

AND NOW, this 9th day of July 2009, upon consideration of plaintiffs' Motion in Limine, and defendant's opposition, IT IS ORDERED:

That the Motion is GRANTED IN PART and DENIED IN PART, in conformity with the views expressed in the accompanying Memorandum opinion.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam, Sr. J.