IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | **CIVIL ACTION NO.: 07-02075** |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

# ORDER

AND NOW this _____ day of _____, 2009, upon consideration of Plaintiff Bonnie Marcus' Motion in Limine to Preclude Testimony of Defendant's Economic Experts, with supporting memorandum of law, it is hereby ORDERED and DECREED, that said motion is GRANTED. Defendant's experts are precluded from testifying on the following topics related to Ms. Marcus' damages:

1)   Any testimony other than true rebuttal to the report of Plaintiff's Expert, Mr. Verzilli; and

2)   Any testimony predicated on or relating to the issue of whether Ms. Marcus should have obtained substitute employment following her termination from PQ.

_____
Hon. John P. Fullam
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | **CIVIL ACTION NO.: 07-02075** |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

## PLAINTIFF BONNIE MARCUS' MOTION IN LIMINE
## TO PRECLUDE TESTIMONY OF DEFENDANT'S ECONOMIC EXPERTS

For the reasons set forth in the accompanying memorandum of law, Plaintiff Bonnie Marcus, respectfully requests that the Court preclude the testimony of Defendant's economic expert as described more fully in the accompanying memorandum of law.

Respectfully submitted,

/s/ Katie R. Eyer
Katie R. Eyer - ID. 200756
Scott B. Goldshaw - ID. 85492
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA  19102
215-640-0593
215-640-0596 (fax)

Date:  October 27, 2009

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | **CIVIL ACTION NO.: 07-02075** |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, I caused a true and correct copy of the foregoing *Plaintiff Bonnie Marcus' Motion in Limine to Preclude Testimony of Defendant's Economic Experts*, to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service of the motion upon the following counsel, being Electronic Case Filing Users, is complete upon counsel's receipt of the Court's e-mail notification of the Notice of Electronic Filing:

>Elizabeth A. Malloy
>Peter J. Ennis
>*Counsel for Defendant*

>/s/ Katie R. Eyer
>Katie R. Eyer