# EXHIBIT
# 1

# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
Economic & Statistical Analysis

1608  WALNUT  STREET,  SUITE 801,  PHILADELPHIA,  PENNSYLVANIA  19103   (215) 546-5600  FAX  (215) 732-8158
CFES@CFES.COM     WWW.CFES.COM

Chad L. Staller, J.D., M.B.A., M.A.C., A.V.A.
*President*

Pia Di Girolamo, Ph.D.
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen Dripps
*Senior Economist / Manager*

Roseann Silenzio
*Senior Analyst*

Brian Conley
*Senior Analyst*

Jillian Fox, M.B.A.
*Analyst*

July 6, 2009

Elizabeth A. Malloy, Esquire
Buchanan Ingersoll & Rooney
Two Liberty Place, 50 South 16th Street
Suite 3200
Philadelphia, PA  19103-2555

>  **Re:**   Bonnie Marcus v. PQ Corporation
>          Our File #:  1717

Dear Ms. Malloy:

The following is our analysis in the above captioned matter.

## I.  DOCUMENTS REVIEWED

In preparing our analysis, we have reviewed the following documents:

- Complaint,
- Plaintiff's deposition transcript with Exhibits; August 1, 2008 and August 5, 2008 ("Marcus deposition"),
- Plaintiff's second amended responses to Defendant's first set of discovery requests ("Responses"),
- Plaintiff's PQ Corporation personnel file;  PQBM 002899 - PQBM 002982,
- Economic Loss reports of Andrew C. Verzilli, M.B.A. with related documents; June 5, 2009 and June 10, 2009 ("Verzilli reports").

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter.  Any other transmission, copy, or utilization of this report or material contained herein is prohibited without the written consent of the Center for Forensic Economic Studies.

PENN PLAZA CENTER, 250 WEST THIRTY FOURTH STREET, SUITE 3600, NEW YORK, NY 10119   (212) 873-5855
1725 "I" STREET, NW, SUITE 300, WASHINGTON, DC 20006   (202) 530-8808

## II.   INTRODUCTION AND BACKGROUND

Bonnie Marcus was hired by PQ Corporation ("PQ") on November 14, 1994 as a Senior Chemist in their research and development center in Conshohocken, Pennsylvania.  In May 2005, PQ underwent a reduction in force of approximately 56 employees which included Mrs. Marcus (PQBM 002966; Complaint, #18).  Mrs. Marcus was notified in May and her date of separation was approximately June 30, 2005.

Mrs. Marcus' recent annual earnings at PQ (including salary and bonus), according to her <u>W-2 Wage and Tax Statements</u>, are outlined in Table A below:

| Table A: PQ Earnings | |
|---|---|
| Year | Earnings |
| 2002 | $142,046 |
| 2003 | $138,413 |
| 2004 | $150,989 |
| 2005 | $153,714 |

Subsequent to her separation from PQ, on August 1, 2005 Mrs. Marcus became a part-time consultant for Tricat Industries (Marcus deposition, p. 324-325; Marcus 02464-02466).  On June 1, 2006, Mrs. Marcus became an employee for Tricat Industries with a salary of $50,000 per year (Id.).  Mrs. Marcus' employment ended on December 31, 2006 when Tricat Industries was sold (Id., p. 326).  Mrs. Marcus has performed consulting work for Albermarle, Tricat Zeolites, Rive Technologies, The Catalyst Group, Hermes, and Martec (Responses, #8, p. 7-8; Marcus deposition, p. 331).  As of August 2008, Mrs. Marcus is still performing consulting work with Tricat Zeolites, Rive Technologies, Hermes, and The Catalyst Group (Marcus deposition, p. 329-332).  Mrs. Marcus is currently receiving a monthly pension benefit from PQ of $2,348.40, or $28,181 annually (Marcus 02469).

Mrs. Marcus' earnings following her separation from PQ are outlined in Table B:

| Table B: Post-Separation Earnings | | |
|---|---|---|
| Year | Earnings | Source |
| 2005 | ($2,403) | 1040 C |
| 2006 | $14,293 | 1040 C |
|  | $29,167 | W-2 |
| 2007 | $6,924 | 1040 C |
| 2008 | $11,057 | 1040 C |

According to her resume, Mrs. Marcus graduated from the State University of New York at Purchase with a Bachelor's degree in Chemistry in 1981 and from Fordham University with a Master's degree in Physical Inorganic Chemistry in 1984.  In addition to her formal education, Mrs. Marcus' resume lists patents, publications and presentations dating back to 1985.

Prior to working for PQ, Mrs. Marcus worked at Sun Refining and Marketing Company as a Senior Associate Scientist from 1991 to 1994, at Environex, Inc. as a Senior Project Manager from 1990 to 1991, and at Union Carbide Corporation as a Senior Staff Chemist from 1981 to 1990.

According to the Complaint, Mrs. Marcus is claiming that her separation from PQ was discriminatory based on her age.  We offer no opinion as to liability.  Damages calculations in this report necessarily assume that the Plaintiff will prevail on her liability claims.

## III.   Post PQ Employment

As noted earlier, Mrs. Marcus became a consultant and later an employee for Tricat Industries until Tricat Industries was sold, and has performed consulting work for several companies since. Based on Mrs. Marcus' responses to discovery requests and her deposition testimony, her efforts to seek full-time work during this period were limited to networking with colleagues in the zeolite community (Marcus deposition, p. 334-335; Marcus 02464-02466).  Mrs. Marcus replied to one newspaper advertisement, in July 2007, two years after her separation (Marcus deposition, p. 337-338).  In addition, Mrs. Marcus did not seek any full-time work while she was an employee of Tricat Industries between June 1, 2006 and December 31, 2006 (Marcus 02464-02466; Responses, #8, p. 7-8).

Quoting from *What Color is your Parachute?* (2005 edition) by Richard Bolles:

> *There Are Always Vacancies.  Organizations are born, organizations expand, workers become restless, quit, change jobs, move, become ill long-term, retire or die.  There are always jobs waiting to be filled.  The fact that you can't find those jobs only means the vacancy hasn't been advertised, or you're not using the right method to find it.  So, if you're coming up empty, you need to change the search method you've been using.*

The U.S. Census provides data on the earnings of individuals who were displaced from their jobs from the *Current Population Survey*.  The survey generally supports the concept that workers who are displaced from their previous employer catch up after a period of 3 years.

According to the Bureau of Labor Statistics (BLS), the median duration of unemployment in July 2005 was 8.0 weeks and the average was 16.5 weeks.  Of those unemployed in 2005, 82.7% found a job within 27 weeks (Labor Force Statistics from the Current Population Survey, U.S. Department of Labor, Bureau of Labor Statistics www.bls.gov).

Data from the Bureau of Labor Statistics' Occupational Employment Wage data published in May of 2006 shows that there were 3,370 individuals employed as Chemists (with average earnings of $67,260) and 3,100 individuals employed as Industrial Production Managers (with average earnings of $93,480) in the Philadelphia metropolitan area.

The median tenure for workers in Chemical Industries was 5.3 years in 2004 and 6.1 years in 2006[1]. Using an average median of 5.7 years, half of these positions (3,235) would have been in their employment for less than 5.7 years. This median tenure suggests that approximately 568 of these positions were filled in those years (3,235/5.7).

We have reviewed data on new hires in manufacturing (NAICS codes 31-33) and Professional, Scientific, Technical Services (NAICS code 54) available from the U.S. Census' quarterly workforce indicators and local employment dynamics data series. New hires age 55 to 64 for the third quarter of 2005 are shown below in Table C:

| Table C: New Hires | | |
|---|---|---|
| | Manufacturing | Professional, Scientific, Technical Services |
| New Hires | 875 | 1,000 |

## IV.   ECONOMIC LOSS CALCULATIONS

1.  Projected Earnings Absent the Separation

Mrs. Marcus' salary at the time of her separation was $122,414 (PQBM 002900). We have used this figure to project earnings but for the separation. We have assumed 3% increases in PQ salary from 2006 onward, consistent with the Verzilli reports.

To project potential bonus income, we have utilized Mrs. Marcus' average annual bonus income for 2002 through 2005, $33,662, consistent with the Verzilli reports.

2.  Fringe Benefits

To date, we have not reviewed the PQ 401(k) summary plan description (or the J.P. Morgan plan, whichever is applicable after June of 2005). According to the Verzilli reports, the PQ match was 3%. For purposes of this report, we have adopted this figure.

According to the Verzilli reports, Mrs. Marcus elected to take retiree coverage post-separation and reported out-of-pocket medical expenses in 2007 and 2008. However, we have assumed that our duration of loss does not extend beyond December 31, 2006; or that Mrs. Marcus' could have found alternate employment with comparable health coverage by January 1, 2006 (see section 3, Duration of Loss/Mitigation Earnings, below) any loss in health coverage would be for out-of-pocket costs between June 30, 2005 and December 31, 2006.

---

[1]  http://www.bls.gov/news.release/History/tenure_09082006.txt

Mrs. Marcus participated in profit sharing while at PQ. However, projections of profit sharing after June of 2005 would be highly speculative given the reorganization and new company ownership which discontinued the program in 2007. Profit sharing after June of 2005, if any, would be based on different cost structures and staffing levels and not based on historical amounts or percentages that Mrs. Marcus received prior to 2005.

Mrs. Marcus was vested in PQ's pension plan and currently receives a pension benefit. It is our understanding that after the reorganization, PQ froze the defined benefit pension plan. Any loss in pension benefits would be based on a de minimus increase in service credit. It is our understanding that PQ/J.P. Morgan's current pension plan is a retirement saving account. To date, we have not reviewed any details of this plan. Therefore, we have not valued a loss in pension benefits and reserve the right to supplement our calculations at such time as we receive and review the relevant documents.

3.   Duration of Loss/Mitigation Earnings

Back pay losses necessarily assume that the Claimant remains in the labor market actively seeking comparable employment. While Mrs. Marcus has talked to some colleagues in her specific industry concerning opportunities, she has only replied to one newspaper advertisement. Mrs. Marcus also began receiving her PQ pension benefit following her separation. Furthermore, she ceased seeking employment once she became an employee for Tricat Industries on June 1, 2006 (earning approximately 31% of what she had earned at PQ)[2], and resumed speaking to colleagues once her employment at Tricat Industries ended. She has obtained several individual consulting assignments, but no full-time employment. Mrs. Marcus' average annual consulting earnings since her separation are approximately 10% of what she had earned at PQ[3]. If it is found that Mrs. Marcus' job search constitutes a failure to mitigate, there is no ongoing economic loss.

Based on the above, we have provided estimates of back pay through June 1, 2006 (the date Mrs. Marcus became an employee at Tricat Industries) and December 31, 2006 (the date Mrs. Marcus' employment ended at Tricat Industries and she resumed seeking part-time consulting employment). We have deducted Mrs. Marcus' actual earnings from her expected PQ earnings to determine the economic loss.

---

[2]  $50,000 / $159,748 = 31.30%
[3]  $15,360 / $159,748 = 9.62%

These estimates of economic loss are outlined in Tables D and E below:

| Table D: Economic Loss Through June 1, 2006 | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $86,618 | $14,293 | $72,325 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $93,068 |
| Lost 401(k) | | | $7,760 |
| Total Lost Back Pay | | | $100,828 |

| Table E: Economic Loss Through December 31, 2006 | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $159,748 | $43,460 | $116,288 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $137,031 |
| Lost 401(k) | | | $9,954 |
| Total Lost Back Pay | | | $146,985 |

In the alternative, as noted earlier 87.7% of those unemployed in July 2005 found jobs within 27 weeks. Based on our review of relevant employment statistics, in our opinion, a reasonable job search by Mrs. Marcus could have been successful within 16.5 to 27 weeks.

We have provided a second set of estimates assuming that Mrs. Marcus would have secured comparable employment by January 1, 2006, approximately 26 weeks after her separation. To estimate Mrs. Marcus' initial mitigation earnings, we have used the average earnings of Chemists and Industrial Production Managers in the Philadelphia area, $80,370 (2005 dollars). We have assumed 3% increases in salary from 2006 onward, consistent with the Verzilli report.

The U.S. Census data on the earnings of individuals who were displaced from their jobs from the *Current Population Survey* generally supports the concept that workers who are displaced from their previous employer catch up after a period of 3 years. Therefore, we have assumed that Mrs. Marcus' earnings given the separation will linearly increase to her assumed earnings absent the separation by June 30, 2008, a period of 3 years. We have also provided an additional estimate in which we assume that Mr. Marcus' earnings given the separation will linearly increase to his assumed earnings absent the separation by June 30, 2010, a period of 5 years after the separation.

We have provided a third estimate through Mrs. Marcus' worklife expectancy (age 67.7)[4] assuming that Mrs. Marcus' earnings remain at the $80,370 level, with the exception of 3% annual increases.

Front pay calculations (July 1, 2009) were discounted to present value using a net discount rate of 1.7%. This figure was derived using a 3% growth rate and an interest rate of 4.75%, the average yield on high-grade Municipal Bonds as of June 6, 2009 (*Economic Indicators,* May 2009).

Alternate estimates of economic loss are outlined in Tables F, G and H below:

| Table F: Economic Loss Through June 30, 2008 (Three Year Catchup) | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $159,748 | $87,057 | $72,961 |
| 2007 | $164,541 | $120,498 | $44,042 |
| 2008 | $84,739 | $71,129 | $13,609 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $151,086 |
| Lost 401(k) | | | $17,432 |
| Total Lost Back Pay | | | $168,518 |

---

[4] According to "A Markov Process Model of Work-Life Expectancies Based on Labor Market Activity in 1997-1998", Mrs. Marcus' statistical worklife expectancy is to age 67.7 based on her age at the time of her separation (60.8) and her education (Ciecka, James, Thomas Donley, and Jerry Goldman. *Journal of Legal Economics*: Winter 1999/2000. Vol. 9. Issue 3).

| Table G: Economic Loss Through June 30, 2010 (Five Year Catchup) | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $159,748 | $84,321 | $75,428 |
| 2007 | $164,541 | $104,291 | $60,250 |
| 2008 | $169,477 | $125,384 | $44,093 |
| 2009 | $174,561 | $147,648 | $26,913 |
| 2010 | $85,823 | $81,236 | $4,586 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $213,971 |
| Lost 401(k) | | | $22,593 |
| Total Lost Back Pay | | | $236,564 |
| *Front Pay* | | | |
| Lost Earnings | | | $18,043 |
| Lost 401(k) | | | $5,193 |
| Total Lost Front Pay | | | $23,236 |
| Total Lost Back Pay and Front Pay | | | $259,800 |

| Table H: Economic Loss Through Age 67.7 | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $159,748 | $82,781 | $76,967 |
| 2007 | $164,541 | $85,265 | $79,276 |
| 2008 | $169,477 | $87,822 | $81,655 |
| 2009 | $174,561 | $90,457 | $84,104 |
| 2010 | $171,645 | $88,946 | $82,699 |
| 2011 | $168,778 | $87,460 | $81,318 |
| 2012 | $66,383 | $34,400 | $31,984 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $300,693 |
| Lost 401(k) | | | $22,593 |
| Total Lost Back Pay | | | $323,286 |
| *Front Pay* | | | |
| Lost Earnings | | | $238,053 |
| Lost 401(k) | | | $14,823 |
| Total Lost Front Pay | | | $252,875 |
| Total Lost Back Pay and Front Pay | | | $576,161 |

## V.   COMMENTS ON VERZILLI REPORT

1.  Worklife Expectancy

Verzilli assumes front pay losses until age 70, Mrs. Marcus' intended retirement age.   We note that according to "A Markov Process Model of Work-Life Expectancies Based on Labor Market Activity in 1997-1998", Mrs. Marcus' statistical worklife expectancy is to age 67.7 based on her age at the time of her separation (60.8) and her education (Ciecka, James, Thomas Donley, and Jerry Goldman. *Journal of Legal Economics*: Winter 1999/2000. Vol. 9. Issue 3).   Based on the statistical worklife data, Verzilli's front pay calculations are overstated by 2.3 years.

2.  Subsequent sale of PQ

We note that PQ Corporation was sold by J.P. Morgan to The Carlyle Group in 2007.   This subsequent change in ownership makes all front pay projections speculative and is not considered in the Verzilli analysis.

3.  Fringe Benefits

As a PQ employee, Mrs. Marcus would have had to contribute towards her health coverage.   We have been advised that Mrs. Marcus would have had to contribute $254 per month in 2007 and $314 per month in 2008.   Verzilli does not account for employee contributions in his analysis.

# VI.   SUMMARY

As discussed in our analysis, the estimate of economic loss to Bonnie Marcus as a result of her separation of employment with PQ Corporation ranges from $100,828 to $576,161.  If you have any questions please do not hesitate to contact us.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, J.D., M.B.A., M.A.C.

Pia Di Girolamo, Ph.D.

Bernard F. Lentz, Ph.D.

CLS/PD/BFL/smd

| Table G1: Economic Loss Through June 30, 2010 (Five Year Catchup) | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $159,748 | $84,321 | $75,428 |
| 2007 | $164,541 | $104,291 | $60,250 |
| 2008 | $169,477 | $125,384 | $44,093 |
| 2009 | $174,561 | $147,648 | $26,913 |
| 2010 | $85,823 | $81,236 | $4,586 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $213,971 |
| Lost 401(k) | | | $22,593 |
| Total Lost Back Pay | | | $236,564 |

| Table H1: Economic Loss Through Age 67.7 | | | |
|---|---|---|---|
| Year | PQ Earnings | Post-Termination Earnings | Lost Earnings |
| 2005 | $172,054 | $151,311 | $20,743 |
| 2006 | $159,748 | $82,781 | $76,967 |
| 2007 | $164,541 | $85,265 | $79,276 |
| 2008 | $169,477 | $87,822 | $81,655 |
| 2009 | $174,561 | $90,457 | $84,104 |
| 2010 | $171,645 | $88,946 | $82,699 |
| 2011 | $168,778 | $87,460 | $81,318 |
| 2012 | $66,383 | $34,400 | $31,984 |
| *Back Pay to July 1, 2009* | | | |
| Lost Earnings | | | $300,693 |
| Lost 401(k) | | | $22,593 |
| Total Lost Back Pay | | | $323,286 |

THE CENTER FOR
# FORENSIC ECONOMIC STUDIES

1608 Walnut Street - Suite 801, Philadelphia, Pennsylvania 19103 - (215) 546-5600 - FAX (215) 732-8158
E-Mail Address: cfes@cfes.com

July 06, 2009

Elizabeth Malloy, Esquire
Buchanan Ingersoll
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19103

Re: Bonnie Marcus v. PQ Corporation
Our File # 1717

Dear Ms. Malloy:

Our compensation rates for professional time and testimony are listed below:

| | |
|---|---:|
| Professional time (Hourly) | $ 350 |
| Testimony/Deposition (Half Day Session) | $ 2500 |
| Expenses | As Incurred |

We have not yet totaled the time invested in this matter.  When that calculation is made we will then forward the total to you.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, J.D., M.B.A., M.A.C.
President

CLS/da

THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
1608 Walnut Street, Eighth Floor, Philadelphia, Pennsylvania 19103    (215) 546-5600    pdigirolamo@cfes.com

## CURRICULUM VITAE
## PIA DI GIROLAMO, Ph.D.
### Senior Economist / Statistician

**P**IA DI GIROLAMO is a Senior Economist at the Center for Forensic Economic Studies. She joined the Center in 2004. She concentrates her practice on analysis and testimony in three main areas of litigation: damages in personal injury and wrongful death matters; damages in commercial and financial matters; and damages and liability issues in employment and labor disputes.

She has testified in courts in Pennsylvania, Maryland, Massachusetts, New York, New Jersey, Washington, D.C., Georgia and Texas. She received her Doctorate in Economics from the Krannert Graduate School of Management at Purdue University.

## PROFESSIONAL BACKGROUND

**Senior Economist / Statistician,** The Center for Forensic Economic Studies, Philadelphia, concentrating on the analysis of and testimony on personal injury and wrongful death damages; commercial damages (lost profits); valuation in divorce proceedings; and damages and liability in employment-discrimination matters. September 2004 - present.

**Instructor of Principles of Macroeconomics,** Purdue University, West Lafayette, Indiana, August 1999 - May 2002.

**Economic Research Assistant**, Latin American Research Group, Merrill Lynch, New York. August - October 1998.

**Fixed Income Research Intern**, United States Group, Merrill Lynch, New York.

## EDUCATION

**Purdue University, Krannert Graduate School of Management**. Doctorate in Economics, 2004. Fields: International Trade, International Monetary Theory, Monetary History, Experimental Economics, Econometrics.

**Universita' Federico II,** Facolta' di Giurisprudenza, Dipartimento di Diritto Amministrativo, Napoli, Italy.  Masters in Public Administration and Finance, 1999.

**Universita' Federico II,** Facolta' di di Economia e Commercio, Napoli, Italy. Bachelor of Arts in Economics, Cum Laude, 1998.

# CURRICULUM VITAE
## PIA DI GIROLAMO,  PH.D.

### SEMINARS AND PRESENTATIONS

Speaker, "Working With Your Economist in Employment Litigation," New York City Law Department, New York, New York, May 2008.

Speaker, "Using Expert Witnesses," Buchanan Ingersoll & Rooney P.C., Philadelphia, Pennsylvania, 2008.

Speaker, "Defense Issues in Personal Injury, Commercial and Employment Litigation," Klinedinst P.C., Los Angeles, California and San Diego, California, 2008.

Speaker, "Evidence and Expert Testimony Best Practices: Supporting Your Case," seminar presented by the National Business Institute, King of Prussia, Pennsylvania, 2007.

Speaker, "The Best Defense: Winning on Damages," New York City Transit Authority, 2006.

### GRANTS AND AWARDS

**Center for International Business Education and Research Dissertation Award**, Purdue University, 2002.

**Certificate for Distinguished Teaching**, Dean's Office, Krannert Graduate School of Management, Purdue University, 2002.

**Certificate for Outstanding Teaching**, Dean's Office, Krannert Graduate School of Management, Purdue University, 2002, 2001.

### PROFESSIONAL ORGANIZATIONS

American Economic Association

National Association for Business Economics

# Testimony List for Pia DiGirolamo, Ph.D.

| Date | Case Name | Location | Type |
|------|-----------|----------|------|
| Jul 09 | Estate of Darren Poust v. Howard Hylton, et al | Philadelphia, PA | Trial |
| Jun 09 | Sullivan v MNSD | Media, PA | Trial |
| Jun 09 | Jackie Robinson v. City of New York | New York, NY | Trial |
| Jun 09 | Jose Fredy Ayala v. Fresh Direct | New York, NY | Deposition |
| May 09 | Est. Terrence Golden v. Milan Smolko, M.D. | Scranton, PA | Trial |
| Apr 09 | Est. of Demetrius A. Martin, Sr. v. J.P. Donmoyer | York, PA | Trial |
| Feb 09 | Phone Plus, Inc. v. Hartford Financial Services Gro | Philadelphia, PA | Deposition |
| Jan 09 | Charles Lanza v. A-1Compaction, Inc., et al | White Plains, NY | Trial |
| Dec 08 | Est. of Benjamin Mankita v. South Nassau Commu | Mineola, NY | Trial |
| Nov 08 | Michael Lancenese v. Vanderlans and Sons, Inc. | Philadelphia, PA | Trial |
| Nov 08 | Jannina Nika v. P. Michael Schelkun, M.D. | Norristown, PA | Trial |
| Sep 08 | Michelle Anderson v. Markza Santana, et al | Watertown, NY | Trial |
| Sep 08 | Feliciano, et al v. Parexel | Philadelphia, PA | Trial |
| Aug 08 | William Boyson v. Karen Ammerman, M.D. | Worcester, MA | Trial |
| Jun 08 | Blaise Glodowski | Camden, NJ | Trial |
| Jun 08 | James McGuffey v. Brinks, Inc. | Philadelphia, PA | Trial |
| May 08 | Jasmine Reed v. William Delapaz, M.D. | Philadelphia, PA | Deposition |
| May 08 | Estate of Frank X. Timmons v. David O' Sussman | Philadelphia, PA | Deposition |
| Feb 08 | Sharon Sauer v. Eric Murray | Scranton, PA | Trial |
| Jan 08 | Est. of Armstrong & Hensley v. Republic of Syria | Washington, DC | Trial |
| Nov 07 | Mary Lou Payne v. Ching Gou, M.D. | Frederick, MD | Trial |
| Nov 07 | Barboza v. Douglas Edward Borg, M.D. | Fort Worth, TX | Trial |
| Aug 07 | Karl Dorman v. Connective Energy | Elkton, MD | Trial |
| Jun 07 | Gary Higgins v. Journal Register Company | Philadelphia, PA | Deposition |
| May 07 | Christine Yi v. NYC Transit Authority | New York, NY | Trial |
| Apr 07 | Est. of R. Baragona v. Kuwait Gulf Link Transport | Atlanta, GA | Trial |
| Jan 07 | Estate of Howard Jones v. Mid-Atlantic Cardiovasc | Towson, MD | Trial |
| Sep 06 | Michael P. Joseph v. Health Care Associates | Philadelphia, PA | Deposition |
| Mar 06 | Joseph Christino vs. Erie | Bala Cynwyd, PA | Trial |
| Feb 06 | Andrew Scherr vs. United States Pipe & Foundry | Norristown, PA | Trial |
| Jul 05 | David Marks v. Borgata | Philadelphia, PA | Trial |

THE CENTER FOR
# FORENSIC ECONOMIC STUDIES

1608 Walnut Street, Eighth Floor, Philadelphia, Pennsylvania 19103     (215) 546-5600     cstaller@cfes.com

**Biographical History**

## CHAD L. STALLER, J.D., M.B.A., M.A.C.
### President

**C**HAD **L.** STALLER is the president of the Center for Forensic Economic Studies. His practice focuses primarily on the analysis of and testimony on commercial damages (lost profits), personal injury and wrongful-death damages, and damages and liability in labor and employment matters. He has testified in both jury and bench trials in numerous federal and state courts. He publishes and presents seminars on forensic economic topics and has lectured at Temple University's James E. Beasley School of Law and at Villanova University School of Law.

Prior to joining the Center for Forensic Economic Studies, Mr. Staller practiced law, representing a wide range of clients in a variety of matters, including personal injury, product liability, breach of contract and contract interpretation. He also served as law clerk to Judge S. Michael Pincus of the Circuit Court of Montgomery County Maryland.

He received his Masters in Business Administration from the Fox School of Business and Management at Temple University in Philadelphia, Pennsylvania and his Master of Accounting and Professional Consultancy from Villanova University. He is certified as an Accredited Valuation Analyst by the National Association of Certified Valuation Analysts.



THE CENTER FOR FORENSIC
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

### CURRICULUM VITAE

## CHAD L. STALLER, J.D., M.B.A., M.A.C.
### President / Senior Economist

## PROFESSIONAL BACKGROUND

President and Senior Economist, the Center for Forensic Economic Studies, Philadelphia, Pennsylvania, concentrating on the analysis of and testimony on commercial damages (lost profits), personal-injury and wrongful-death damages and damages and liability in labor and employment matters. July 2005 - present.

Law practice representing a wide range of clients, including major trucking companies and insurance firms. Served as lead attorney in many types of civil matters, including personal injury, product liability, premise liability, breach of contract, contract interpretation and Trademark filings before the United States Trademark Office.

Law Clerk to Judge S. Michael Pincus, Circuit Court for Montgomery County Maryland.

Research Assistant, Lehigh Valley Economic Development Corporation, Allentown, Pennsylvania. Developed a wage-analysis study showing which industries would be best suited to the Lehigh Valley region.

## ACCREDITATION

Accredited Valuation Analyst (A.V.A.) by the National Association of Certified Valuation Analysts. April 2007.

## EDUCATION

Villanova University, Villanova, Pennsylvania. Master of Accounting and Professional Consultancy. July 2006.

Temple University, Fox School of Business & Management, Philadelphia, Pennsylvania. Master of Business Administration, Certificate of Academic Excellence, Concentration in Business Administration. January 2005.

## CURRICULUM VITAE

## CHAD L. STALLER, J.D., M.B.A., M.A.C.
### President / Senior Economist

### EDUCATION (CONTINUED)

Temple University, James E. Beasley School of Law, Philadelphia, Pennsylvania. Juris Doctor, Cum Laude. May 2001.

Lehigh University, Bethlehem, Pennsylvania. Bachelor of Science in Business and Economics. May 1998.

### SELECTED ENGAGEMENTS

#### COMMERCIAL DISPUTES

Evaluated economic loss relating to an alleged breach of contract involving a startup UPS franchise.

Evaluated economic loss to a limousine company resulting from the destruction of a portion of its fleet.

Evaluated economic loss relating to crop damage sustained by a commercial farm as a result of a housing developer's conduct.

Evaluated economic loss sustained by real property owner as a result of a property manager's conduct.

Evaluated economic loss stemming from an alleged breach of an employment contract with a medical practice.

Evaluated economic loss sustained by a commercial property owner as a result of an alleged breach of contract.

Evaluated economic loss sustained by an airline services company as a result an alleged breach of contract with the prior owner.

Evaluated economic loss resulting from a disputed business acquisition of an emergency-response firm.

Performed a valuation of a controlling interest in an insurance-claims processor.

Performed a valuation of a controlling interest in a coin-operated laundromat.

# CURRICULUM VITAE

## CHAD L. STALLER, J.D., M.B.A., M.A.C.
### President / Senior Economist

**SELECTED ENGAGEMENTS** (CONTINUED)

Evaluated economic loss to many other types of businesses, including:

| | |
|---|---|
| Photo finishers | Grocers |
| Information technologists | Medical practices |
| Funeral homes | Cable TV services |
| Dry cleaners | Interpreters |

### PERSONAL INJURY AND WRONGFUL DEATH MATTERS

Calculated economic loss to individuals in a variety of occupations, including:

Accountants
Children with projected lost future earnings
Construction workers
Doctors, nurses and other medical professionals
Financial advisors
Homemakers
Information technologists
Lawyers
Mechanics
Pilots
Police officers
Retirees
Sales representatives
Teachers
Union members (ironworkers, carpenters, steamfitters, electrical
workers, laborers and painters)

## PUBLICATIONS

"An Economist Defends Against Punitive Damages," Product Liability Law & Strategy, December 2008.

"Determining Damages in the Keystone State," At Issue, Young Lawyers Division of the Pennsylvania Bar Association, Winter 2008.

"Determining Damages to Entrepreneurs," Product Liability Law & Strategy, February 2008.

CURRICULUM VITAE

## CHAD L. STALLER, J.D., M.B.A., M.A.C.
### President / Senior Economist

<u>PUBLICATIONS</u> (CONTINUED)

"The Earning Capacity of Business Owners," Product Liability Law & Strategy, November 2007.

"Economic Damages 101," The Sidebar: The New Lawyers Division Newsletter, American Association for Justice, Fall 2007.

"Sixth Circuit Rules on Privilege in Two Cases," Product Liability Law & Strategy, April 2007.

<u>TEACHING / LECTURES</u>

Speaker, "Working With Your Vocational and Economic Experts," Thomas Thomas & Hafer LLP, Harrisburg, Pennsylvania, May 2008.

Speaker, "Working With Your Economist in Employment Litigation," New York City Law Department, New York, New York, May 2008.

Speaker, "Using Expert Witnesses," Buchanan Ingersoll & Rooney P.C., Philadelphia, Pennsylvania, 2008.

Speaker, "Defense Issues in Personal Injury, Commercial and Employment Litigation," Klinedinst P.C., Los Angeles, California and San Diego, California, 2008.

Panelist, "Products and Punitive Damages: How It Happens and What To Do," presentation to the USLaw Group, Miami Beach, Florida, 2008.

Speaker, "Evidence and Expert Testimony Best Practices: Supporting Your Case," seminar presented by the National Business Institute, King of Prussia, Pennsylvania, 2007.

Speaker, "What Are the Damages? Working With Your Vocational and Economic Experts," seminar presented by the Center for Forensic Economic Studies and CEC Associates, Inc., West Conshohocken, Pennsylvania, 2007.

Speaker, "Economic Damages in Personal Injury, Wrongful Death, Commercial and Employment Matters: Defense Issues," Connell Foley, LLP, Roseland, New Jersey, 2007.

Speaker, "Hot Topics in Personal Injury and Wrongful Death," Fox Rothschild, LLP, Philadelphia, Pennsylvania, 2007.

CURRICULUM VITAE

## CHAD L. STALLER, J.D., M.B.A., M.A.C.
### President / Senior Economist

TEACHING / LECTURES (CONTINUED)

Speaker, "Personal Injury and Wrongful Death Damages in Pennsylvania," Fineman, Krekstein & Harris, P.A., Philadelphia, Pennsylvania, 2007.

Guest lecturer, Trial Advocacy and LL.M. in Trial Advocacy Programs, James E. Beasley School of Law, Temple University, Philadelphia, Pennsylvania, 2005, 2006, 2007, 2008.

Guest lecturer, Villanova University School of Law, Villanova, Pennsylvania, 2005, 2006, 2007, 2008, 2009.

TESTIMONY

**Federal Court:**
District of Columbia
District of New Jersey
Eastern District of Pennsylvania

**State Courts:**
Maryland
New Hampshire
New York
Pennsylvania
Virginia

STATE BAR MEMBERSHIPS

Maryland

Pennsylvania

New Jersey

PROFESSIONAL ORGANIZATIONS AND AFFILIATIONS

Board of Editors, Product Liability Law & Strategy and Medical Malpractice Law & Strategy

American Economic Association

National Association of Forensic Economists

American Bar Association

Pennsylvania Bar Association

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Date | Case Name | Location | Type |
|------|-----------|----------|------|
| Jul 09 | Cyril Taylor v. Valley Forge Convention Center | Philadelphia, PA | Trial |
| Jun 09 | Steven Comer v. Thomas Biondo, M.D. | Philadelphia, PA | Deposition |
| Jun 09 | Vincent Santiago v. LIRR | New York, NY | Trial |
| Jun 09 | Nalls v. DeCaro | Philadelphia, PA | Trial |
| May 09 | Jesse Langman v. Keystone | Philadelphia, PA | Deposition |
| May 09 | Kevin M. May v. Karen Brady | Chester, PA | Trial |
| Apr 09 | James Schweyer v. Home Properties Trexler Park | Philadelphia, PA | Trial |
| Mar 09 | Gloria Alicea v. Paul Police, M.D. | Allentown, PA | Trial |
| Mar 09 | Patricia Hill v. United States of America | Camden, NJ | Trial |
| Mar 09 | Estate of Edward Gartin v. Andrew Pecora, M.D. | Philadelphia, PA | Deposition |
| Feb 09 | Dee Ayesat Abedraboh v. Gurppeet Pasricha, et al | Woodbridge, NJ | Deposition |
| Feb 09 | Jose Szkarlatiuk v. USA | Philadelphia, PA | Deposition |
| Jan 09 | James Dorazio | Philadelphia, PA | Trial |
| Jan 09 | Michele Perez v. TK Transport | Philadelphia, PA | Deposition |
| Jan 09 | Estate of Ashli Crable v. Ginro Enterprises | Norristown, PA | Trial |
| Dec 08 | Joyce Sweeney v. Authentix, Inc. | Philadelphia, PA | Deposition |
| Nov 08 | Diana L. Clark v. State Farm | Montgomery County, MD | Trial |
| Oct 08 | Estate of Halima Hoover | Philadelphia, PA | Trial |
| Oct 08 | Bettie L. Totten v. Howard University Hospital | Philadelphia, PA | Deposition |
| Oct 08 | Gerard Miglionico v. Bovis Lend Lease, Inc. | New York, NY | Trial |
| Sep 08 | Linda Muse | Doylestown, PA | Deposition |
| Sep 08 | Steven Nocito v. Dr. Cerciello | Philadelphia, PA | Affidavit |
| Sep 08 | Byron L. Johnson v. Chester River Hospital | Philadelphia, PA | Deposition |
| Aug 08 | Voicenet Communications, Inc. v. Corbett | Philadelphia, PA | Deposition |
| Jul 08 | Teresa Pascal v. James E. Callan, M.D. | Philadelphia, PA | Deposition |
| Jul 08 | John Zimmie v. Glasgow, Inc. | Norristown, PA | Trial |
| Jul 08 | Estate of Angel Ramos v. Tri-City Medical Center | Philadelphia, PA | Deposition |
| Jun 08 | Estate of Howard Keller v. Peniston, D.O. | Philadelphia, PA | Trial |
| May 08 | Susan Crofford v. Veltri, Inc. | Berks County, PA | Trial |
| Apr 08 | David Timmons v. Bondex International | Philadelphia, PA | Deposition |
| Apr 08 | Alvin Harris v. A.W. Chesterton, Inc., et al | Philadelphia, PA | Trial |
| Feb 08 | Randolph Hinz, Jr. v. Erin Rowell, M.D. | Concord, NH | Trial |
| Jan 08 | Avox Systems v. Tyco International | Philadelphia, PA | Deposition |
| Jan 08 | Estate of Patricia Bruckshaw v. Frankford Hospital | Philadelphia, PA | Trial |
| Jan 08 | Randolph Hinz, Jr. v. Erin Rowell, M.D. | Philadelphia, PA | Deposition |
| Jan 08 | Cynthia Frenchman v. Westchester Medical Center | Westchester City, NY | Trial |
| Dec 07 | Dawn Hommes v. Darlene Maupin and Bell South | Broward County, FL | Deposition |
| Oct 07 | Estate of Richard Koch v. Glenn Amsbaugh, M.D. | York County, PA | Trial |
| Oct 07 | Nuran Kolan v. Virginia Concrete | Fairfax County, VA | Trial |
| Sep 07 | Estate of John H. Greer v. Northwest Hospital | Philadelphia, PA | Deposition |
| Sep 07 | Daumit Merchandising  v. Uniontown Mall | Uniontown, PA | Trial |
| Sep 07 | James Director v. Adience, Inc. | New York, NY | Deposition |
| Aug 07 | Alfreda Lawrence v. City of Philadelphia | Philadelphia, PA | Trial |
| Jul 07 | Estate of Bayani v. Iran | Washington, DC | Trial |
| Jun 07 | Damascus K. Ltd. v. Legum & Norman Realty, Inc | Philadelphia, PA | Deposition |
| Feb 07 | Detrick Lowman | Philadelphia, PA | Trial |
| Feb 07 | Nikbin Gollum v. Iran | Washington, DC | Trial |