IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | **CIVIL ACTION NO.: 07-02075** |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS
REQUIRED TO BE MADE IN ADVANCE OF TRIAL**

Plaintiffs' object to the following Defendant trial exhibits on grounds of hearsay: 31-35, 36A-D, 50, 79, 102, and 103-106, 156-170.

Plaintiffs' object to the following Defendant trial exhibit on grounds of hearsay and authenticity: 39.

Plaintiffs' specifically reserve all relevancy objections (Federal Rules of Evidence Article IV, Rules 401-415).

                                                Respectfully submitted,

                                                _____
                                                Scott B. Goldshaw - ID. 85492
                                                Katie R. Eyer - ID. 200756
                                                SALMANSON GOLDSHAW, P.C.
                                                Two Penn Center
                                                1500 J.F.K. Blvd., Suite 1230
                                                Philadelphia, PA  19102
                                                215-640-0593

Date:  October 27, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO.: 07-02075 |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, I caused a true and correct copy of the foregoing *Plaintiffs' Objections to Defendant's Trial Exhibits,* to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system.  By virtue of this filing, service of the motion upon the following counsel, being Electronic Case Filing Users, is complete upon counsel's receipt of the Court's e-mail notification of the Notice of Electronic Filing:

>Elizabeth A. Malloy
>Peter J. Ennis
>*Counsel for Defendant*

_____
Scott B. Goldshaw