**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BONNIE MARCUS and ROMAN WYPART,

Plaintiffs,

v.

PQ CORPORATION,

Defendant.

**CIVIL ACTION NO.: 07-02075**

**Hon. John P. Fullam**

**DEFENDANT'S OBJECTIONS TO PLAINTIFFS' FINAL TRIAL EXHIBIT LIST**

Defendant PQ Corporations submits the following objections to Plaintiffs' Final Trial List, with the understanding that all objections relating to relevancy under Fed. R. Evid. 402 are reserved for trial. PQ reserves the right to raise additional objections based on the reasons presented by Plaintiffs for introducing any particular exhibit, and lack of foundation.

| Plaintiffs' Exhibit No. | Description | Exhibit Is Inadmissible Under The Following Fed. R. Evid. |
|---|---|---|
| P- 1 | Dep. Ex. P-1<br>PQBM 224-232 | |
| P-2 | Dep. Ex. P-2<br>PQBM 2686-2690 | |
| P-3 | Dep. Ex. P-3<br>PQBM 233-236 | |

| | | |
|---|---|---|
| P-3A | Dep. Ex. P-3A<br>PQBM 18 | |
| P-3D | Dep. Ex. P-3D<br>PQBM 9410-9414 | |
| P-4 | Dep. Ex. P-4<br>PQBM 9416-9419 | |
| P-4A | Dep. Ex. P-4A<br>PQBM 9761-9762 | |
| P-4B | Dep. Ex. P-4B<br>PQBM 54-55 | |
| P-4C | Dep. Ex. P-4C<br>PQBM 9881-9884 | |
| P-6 | Dep. Ex. P-6<br>PQBM 246-258 | |
| P-7 | Dep. Ex. P-7<br>PQBM 9763 | |
| P-8 | Dep. Ex. P-8<br>PQBM 9764-9770 | |
| P-8B | Dep. Ex. P-8B<br>PQBM 11777-11778 | |
| P-11 | Dep. Ex. P-11<br>PQBM 109 | |
| P-12 | Dep. Ex. P-12<br>PQBM 6380 | |
| P-13 | PQBM 838-46 | |
| P-16 | Dep. Ex. P-16<br>PQBM 11567-11576 | |
| P-19B | Dep. Ex. P-19B<br>PQBM 13038-13040 | |

| | | |
|---|---|---|
| P-20 | Dep. Ex. P-20<br>PQBM 9789 | |
| P-21 | Dep. Ex. P-21<br>PQBM 10541 | |
| P-21B | Dep. Ex. P-21B<br>PQBM 6291-6321 | |
| P-25 | Dep. Ex. P-25<br>PQBM 21 | |
| P-26 | Dep. Ex. P-26<br>PQBM 11912 | |
| P-27 | Dep. Ex. P-27<br>PQBM 22 | |
| P-28 | Dep. Ex. P-28<br>PQBM 23-29 | |
| P-29 | Dep. Ex. P-29<br>PQBM 10548 | |
| P-30 | Dep. Ex. P-30<br>PQBM 9790-9796 | |
| P-32 | Dep. Ex. P-32<br>PQBM 30-31 | Rule 802 |
| P-32A | PQBM 32-35 | |
| P-33 | Dep. Ex. P-33<br>PQBM 10049-10054 | |
| P-34 | Dep. Ex. P-34<br>PQBM 4790 | |
| P-35 | Dep. Ex. P-35<br>PQBM 4797 | |
| P-35A | Dep. Ex. P-35A<br>PQBM 7246-7250 | |

| | | |
|---|---|---|
| P-37 | Dep. Ex. P-37<br>PQBM 7208-7210 | |
| P-38 | Dep. Ex. P-38<br>PQBM 9150-9151 | |
| P-42B | Dep. Ex. P-42B<br>PQBM 11781 | |
| P-42D | Dep. Ex. P-42D<br>PQBM 6287 | |
| P-42E | Dep. Ex. P-42E<br>PQBM 12896 | |
| P-45 | Dep. Ex. P-45<br>PQBM 38 | |
| P-46 | Dep. Ex. P-46<br>PQBM 113 | |
| P-49A | PQBM-012814 | |
| P-49C | Dep. Ex. P-49C | Rule 408 |
| P-50A | Dep. Ex. P-50A<br>Wypart 0608-0609 | Rule 402, 403 |
| P-51 | Dep. Ex. P-51<br>PQBM 703-707 | Rule 403 |
| P-52 | Dep. Ex. P-52<br>Plaintiffs 0004 | Rule 403 |
| P-53 | Dep. Ex. P-53<br>PQBM 4337-4344 | Rule 403 |
| P-54 | Dep. Ex. P-54<br>PQBM 4297-4302 | Rule 403 |
| P-55 | Dep. Ex. P-55<br>PQBM 4791-4796 | |

| | | |
|---|---|---|
| P-56 | Dep. Ex. P-56<br>PQBM 218-222 | Rule 403 as to page PQBM 218-219 |
| P-60 | Dep. Ex. P-60<br>PQBM 2715 | |
| P-62 | Dep. Ex. P-62<br>PQBM 5436 | |
| P-72 | Dep. Ex. P-72<br>PQBM 15 | |
| P-78 | Dep. Ex. P-78<br>Plaintiffs 0425-445 | Rule 403, Rule 402 as to Pl. 429-438 |
| P-80 | Dep. Ex. P-80<br>PQBM 212-215 | Rule 403 as to PQBM 212-13 |
| P-82 | Dep. Ex. P-82<br>Callaghan 106-107 | |
| P-83 | Dep. Ex. P-83<br>PQBM 4353 | |
| P-84 | Dep. Ex. P-84<br>PQBM 4354-4360 | |
| P-85 | Dep. Ex. P-85<br>PQBM 4361 | |
| P-86 | Dep. Ex. P-86 | Rule 403. |
| P-87 | Dep. Ex. P-87<br>PQBM 4994 | Rule 403. |
| P-88 | Dep. Ex. P-88<br>PQBM 4289-4294 | Rule 402, 403 |
| P-89 | Dep. Ex. P-89<br>PQBM 11258-11260 | Rule 402, 403 |
| P-91 | Dep. Ex. P-91<br>PQBM 4286-4288 | Rule 402, 403 |

| | | |
|---|---|---|
| P-98 | Dep. Ex. P-98<br>PQBM 12659-12660 | Rule 403 |
| P-99 | Dep. Ex. P-99<br>PQBM 11497-11501 | Rule 403 |
| P-100 | Dep. Ex. P-100<br>PQBM 13694-13702 | Rule 403 |
| P-101 | Dep. Ex. P-101<br>PQBM 12338-12340 | Rule 402, 403 |
| P-103 | Dep. Ex. P-103<br>PQBM 13599 | Rule 402, 403 |
| P-106 | Dep. Ex. P-106<br>Callaghan 02915 | Rule 402, 403 |
| P-109 | Dep. Ex. P-109<br>PQBM 6014-6015 | Rule 402, 403 |
| P-110 | Dep. Ex. P-110<br>PQBM 5997-5998 | Rule 402, 403 |
| P-111 | Dep. Ex. P-111<br>PQBM 2854-2855 | Rule 402, 403 |
| P-112 | Dep. Ex. P-112<br>PQBM 2856-2857 | Rule 402, 403 |
| P-113 | Dep. Ex. P-113<br>PQBM 7889-7891<br>PQBM 8411-8418<br>PQBM 9306 | Rule 403 (contains multiple, unrelated documents) |
| P-114 | Dep. Ex. P-114<br>PQBM 620-625<br>PQBM 7889-7891<br>PQBM 8411-8418<br>PQBM 11255-11256<br>PQBM 11297-11298 | Rule 403 (contains multiple, unrelated documents) |

| | | |
|---|---|---|
| | PQBM 11299-11303<br>PQBM 11304<br>PQBM 11497-11501 | |
| P-114A | Dep. Ex. P-114A<br>PQBM 12708-12711<br>PQBM 13599<br>PQBM 13598<br>PQBM 13627-13628<br>PQBM 13632-13658<br>PQBM 13627-13628<br>PQBM 12579-12582<br>PQBM 12575-12578 | Rule 403 (contains multiple unrelated documents) |
| P-115 | Dep. Ex. P-115<br>PQBM 12330- 2337 | Rule 403 |
| P-116 | Dep. Ex. P-116<br>PQBM 12759- 2762 | |
| P-131 | Dep. Ex. P-131<br>PQBM 7895 | |
| P-134 | Dep. Ex. P-134<br>Myszak 002-003 | Rules 402, 403, and 802 |
| P-137 | Dep. Ex. P-137<br>Myszak 006 | Rules 402, 403, and 802 |
| P-139 | Dep. Ex. P-139<br>Myszak 008 | Rules 402, 403, and 802 |
| P-143 | Dep. Ex. P-143<br>Myszak 019-021 | Rules 402, 403, and 802 |
| P-144 | Dep. Ex. P-144<br>Myszak 022 | Rules 402, 403, and 802 |
| P-145 | Dep. Ex. P-145<br>Myszak 023-031 | Rules 402, 403, and 802, authenticity |
| P-148 | Dep. Ex. P-148 | Rules 402 and 403 |

| | | |
|---|---|---|
| P-149 | Dep. Ex. P-149<br>PQBM 013972-014120 | Rules 402, 403, and 802 |
| P-150 | Dep. Ex. P-150<br>PQBM 013932-013944 | Rules 402 and 403 |
| P-151 | Dep. Ex. P-151<br>PQBM 013966-013971 | Rule s 402 and 403 |
| P-152 | Dep. Ex. P-152<br>PQBM 013945-013965 | Rules 402 and 403 |
| P-153 | Dep. Ex. P-153<br>PQBM 014121-014146 | Rule s 402 and 403 |
| P-154 | Dep. Ex. P-154 | Rules 403 and 802 |
| P-155 | PQBM 13797-13931 | Rules 402 and 403 |
| P-160 | Dep. Ex. D-6<br>Wypart 204 | Rules 402 and 403 |
| P-161 | Dep. Ex. D-11<br>Wypart 608-609 | Rules 402, 403 and 802 |
| P-162 | Dep. Ex. D-12<br>Wypart 605 | Rules 402, 403 and 802 |
| P-163 | Dep. Ex. D-13<br>Wypart 606-607 | Rules 402, 403, and 802 |
| P-164 | Dep. Ex. D-24<br>Wypart 422 | Rule 802 |
| P-165 | Dep. Ex. D-25<br>Wypart 565-566 and additional page | Rule 802 |
| P-166 | Dep. Ex. D-30<br>Wypart 806 | |
| P-167 | Dep. Ex. D-39<br>Wypart 674-677 | |
| P-172 | Dep. Ex. D-95<br>Senderov 42-43 | Rules 402 and 403 |

| | | |
|---|---|---|
| P-177 | Dep. Ex. D-131<br>Marcus 563-564 | Rule 403, Rule 802 |
| P-178 | Dep. Ex. D-146<br>PQBM 118 | Rule 802 |
| P-179 | Dep. Ex. D-151<br>Marcus 1852 | Rule 802 |
| P-180 | Dep. Ex. D-157<br>Marcus 1525-1527 | Rule 802 |
| P-181 | PQBM 14298-14300 | |
| P-182 | PQBM 11577-11738 | |
| P-183 | PQBM 7218 | |
| P-184 | PQBM 13872-13875 | |
| P-186 | PQBM 6724 | Rule 402, 403 |
| P-187 | PQBM 4341 | Rule 403 |
| P-188 | PQBM 13632-13658 | Rules 402 and 403 |
| P-189 | Plaintiffs' Complaint | Rules 403 and 802 |
| P-190 | Defendant's Answer to Complaint | Rule 403 |
| P-191 | Def s Responses to Marcus' First Interrogatories | Rules 402 and 403 |
| P-192 | Def s Responses to Marcus' Second Interrogatories | Rules 402 and 403 |
| P-193 | Def s Supp. Responses to Marcus' First Interrogatories | Rules 402 and 403 |
| P-194 | Def s Second Supp. Responses to Marcus' First Interrogatories | Rules 402 and 403 |
| P-195 | Def s Answers to Marcus' Third Interrogatories | Rule 403 |
| P-196 | Def's Third Supp. Responses to Marcus' First Interrogatories | Rule 403 |

| | | |
|---|---|---|
| P-197 | Def s Supp. Answers to Marcus' Interrogatory Nos. 17 and 24 | Rule 403 |
| P-198 | Def's Amended Supp. Answers to Marcus' Interrogatory Nos. 17 and 24 | Rule 403 |
| P-199 | Def's Amended Third Supp. Answers to Marcus' First Interrogatories | Rule 403, except as to response to interrogatory 13 |
| P-200 | Defs Responses to Wypart's First Interrogatories | Rules 402 and 403 |
| P- 201 | Defs Responses to Wypart's Second Interrogatories | Rules 402 and 403 |
| P- 202 | Defs Supp. Responses to Wypart's First Interrogatories | Rules 402 and 403 |
| P- 203 | Def's Amended Responses to Wypart's Second Interrogatories | Rules 402 and 403 |
| P- 204 | Def's Answers to Wypart's Third Interrogatories | Rules 402 and 403 |
| P- 205 | Def's Second Supp. Responses to Wypart's First Interrogatories | Rules 402 and 403 |
| P- 206 | Def's Third Supp. Response to Wypart's First Interrogatories | Rules 402 and 403 |
| P- 207 | Def's Responses to Senderov's First Interrogatories | Rules 402 and 403 |
| P- 208 | Def's Responses to Senderov's Second Interrogatories | Rules 402 and 403 |
| P- 209 | Def's Supp. Responses to Senderov's First Interrogatories | Rules 402 and 403 |
| P- 210 | Def's Answers to Senderov's Third Interrogatories | Rules 402 and 403 |
| P- 211 | Def s Answers to Senderov's Fourth Interrogatories | Rules 402 and 403 |
| P- 212 | Def s Supp. Answers to Senderov's Interrogatory Nos. 23 and 24 | Rules 402 and 403 |

| | | |
|---|---|---|
| P- 213 | Def s Responses to Callaghan's First Interrogatories | Rules 402 and 403 |
| P- 214 | Def s Responses to Callaghan's Second Interrogatories | Rules 402 and 403 |
| P- 215 | Def s Supp. Responses to Callaghan's First Interrogatories | Rules 402 and 403 |
| P- 216 | Def s Second Supp. Responses to Callaghan's First Interrogatories | Rules 402 and 403 |
| P- 217 | Def s Answers to Callaghan's Third Interrogatories | Rules 402 and 403 |
| P- 218 | Def s Supp. Answers to Callaghan's Interrogatory Nos. 21 and 23 | Rule 403, except as to response to Interrogatory No. 23 |
| P- 219 | Def s Amended Supp. Answers to Callaghan's Interrogatory No. 21 | Rules 402 and 403 |
| P- 220 | Def s Responses to Plaintiff s First Document Requests | Rules 402 and 403 |
| P- 221 | Def s Response to Plaintiffs' Second Document Requests | Rules 402 and 403 |
| P- 222 | Def s Responses to Plaintiffs' Third Document Requests | Rules 402 and 403 |
| P- 223 | Def s Supp. Responses to Plaintiffs' First Document Request | Rules 402 and 403 |
| P- 224 | Def s Response to Plaintiffs' Fourth Document Request | Rules 402 and 403 |
| P- 225 | Def s Responses to Plaintiffs' Fifth Document Requests | Rules 402 and 403 |
| P- 226 | Def s Responses to Plaintiffs' Sixth Document Requests | Rules 402 and 403 |
| P- 227 | Damages (Verzilli) Expert Charts - Marcus | |
| P- 228 | Damages (Verzilli) Expert Charts - Wypart | |
| P- 231 | Statistical (Dr. Thomas) Expert Table 1 | Rules 402, 403, 702 and 802 |

| | | |
|---|---|---|
| P- 232 | Statistical (Dr. Thomas) Expert Table 2 | Rules 402, 403, 702 and 802 |
| P- 233 | Statistical (Dr. Thomas) Expert Table 3 | Rules 402, 403, 702 and 802 |
| P- 234 | Statistical (Dr. Thomas) Expert Table 4 | Rules 402, 403, 702 and 802 |
| P- 235 | Statistical (Dr. Thomas) Expert Table 4A | Rules 402, 403, 702 and 802 |
| P- 236 | Statistical (Dr. Thomas) Expert Table 4B | Rules 402, 403, 702 and 802 |
| P- 237 | Statistical (Dr. Thomas) Expert Table 5 | Rules 402, 403, 702 and 802 |
| P- 238 | Statistical (Dr. Thomas) Expert Table 6 | Rules 402, 403, 702 and 802 |
| P- 239 | Statistical (Dr. Thomas) Expert Exhibit A | Rules 402, 403, 702 and 802 |
| P- 240 | Statistical (Dr. Thomas) Expert Exhibit B | Rules 402, 403, 702 and 802 |
| P- 241 | Statistical (Dr. Thomas) Expert Exhibit C | Rules 402, 403, 702 and 802 |
| P- 242 | Statistical (Dr. Thomas) Expert Exhibit Cl | Rules 402 403, 702 and 802 |
| P- 243 | Marcus Salary Actions | |
| P- 244 | Senderov Salary Actions | Rules 402 and 403 |
| P- 245 | Wypart Salary Actions | |
| P- 246 | Marcus Mitigation Documents | Rules 403 and 802 |
| P- 248 | Wypart Mitigation Documents | Rules 403 and 802 |
| P- 250 | Marcus Damages Documents | |
| P- 252 | Wypart Damages Documents | |
| P- 254 | Verzilli Damages Documents | |
| P-255 | Continuation of Research Projects | Rule 403, Rule 1006 |
| P-255A | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |
| P-255B | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |
| P-255C | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |

| | | |
|---|---|---|
| P-255D | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |
| P-255E | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |
| P-255F | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |
| P-255G | Supporting Documents to Exhibit 255 | Rules 402, 403, and 802 |
| P-256 | Members of CD Group (2005) (Uncontested Employees Only) | |
| P-256A | Supporting Documents to Exhibit 256 | Rule 403 |
| P-257 | Members of CD Group (2005) (Based on Contemporaneous Documents and PQ Interrogatory Answers) | Rule 403, Rule 1006 |
| P-257A | Supporting Documents to Exhibit 257 | Rule 403 |
| P-258 | Employees Funded Through CD Funds (2005) (Uncontested Employees Only) | Rule 403, Rule 1006 |
| P-258A | Supporting Documents to Exhibit 258 | Rule 403 |
| P-259 | Employees Funded Through CD Funds (2005) (Based on Contemporaneous Documents and PQ Interrogatory Answers) | Rule 403, Rule 1006 |
| P-259A | Supporting Documents to Exhibit 259 | Rule 403, Rule 1006 |
| P-260 | Members of Exploratory Research Group (Pre-RIF, 2005) (By Cost Center 458900) | Rule 403, Rule 1006 |
| P-260A | Supporting Documents to Exhibit 260 | Rule 403 |
| P-261 | Members of Exploratory Research Group (Pre-RIF, 2005) ("Colloquial" Per PQ Amended Response to Marcus Interrogatory #14) | Rule 403, Rule 1006 |
| P-261A | Supporting Documents to Exhibit 261 | Rules 402, 403 802 |
| P-262 | R&D Employees (2005) Sorted by Salary | Rules 402, 403, and1006 |
| P-262A | Supporting Documents to Exhibit 262 | Rules 402 and 403 |
| P-263 | R&D Employees (2005) Sorted by Age | Rule 403, Rule 1006 |

| | | |
|---|---|---|
| P-263A | Supporting Documents to Exhibit 263 | Rule 403, Rule 802 |
| P-264 | R&D Employees Assigned to Research Projects (Pre-RIF 2005) | Rule 403, Rule 1006 |
| P-264A | Supporting Documents to Exhibit 264 | Rules 402 and 403 |
| P-265 | Brief in Support of Defendant's Motion in Limine | Rules 402 and 403 |
| P-266 | Defendant PQ Corporation's Response to Plaintiffs' Motion to Compel Production of Documents and Responses to Interrogatories | Rules 402 and 403 |
| P-267 | Defendant's Response to Plaintiffs' Motion to Compel Statistical Information or in the Alternative to Preclude Arguments Regarding the Insufficiency or Weight Based Thereon | Rules 402 and 403 |
| P-268 | Defendant PQ Corporation's Response to Plaintiffs' Partial Renewed First Motion to Compel and Second Motion to Compel | Rules 402 and 403 |
| P-269 | 5/11/2007 Letter from Scott B. Goldshaw to Ms. Karen McDonough re EEOC documents | Rules 402, 403 and 802 |
| P-270 | 5/21/2007 Letter from Scott B. Goldshaw to Ms. Karen McDonough re EEOC documents | Rules 402, 403, Rule 802 |
| P-271 | Defendant's Brief in Support of Their Motion for Summary Judgment 4/8/09 | Rule 403 |
| P-272 | Defendant's Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment 6/9/09 | Rule 403 |
| P-273 | 6/1/2005 Callaghan email - Callaghan 02185 | |
| P-274 | PQBM 223 EEO Policy | |
| P. 274 | PQBM 101, Announcement of Acquisition by JP Morgan Partners | |

| | | |
|---|---|---|
| P. 276 | PQBM 99 - PQ to pursue strategic alternatives | |
| P. 277 | PQBM 6804 Myszak Personnel Action form | |
| P. 278 | PQBM 6802 - Myszak Personnel Action form | |
| P. 279 | PQBM 7068 - Connolly Personnel Action form | |
| P. 280 | PQBM 10129-48. ZI Budget | Rules 402 and 403 |
| P. 281 | Exhibit from First Trial | Rules 402 and 403 |
| P. 282 | Decision from Westlaw | Rules 402, 403, 802 |
| P. 283 | Decision From Westlaw | Rules 402, 403, 802 |
| P. 284 | Excerpts from Deposition of Michael Boyce | Rules 402, 403 |
| P. 285 | Excerpts from deposition of John Lau | Rules 402 and 403 |
| P. 286 | EEOC Position Statement for Marcus | Rules 402 and 403 |
| P. 287 | EEOC Position Statement for Wypart | Rules 402 and 403 |
| P. 288 | Def. Second Supp. Respond to Marcus First Set of Interrogatories | Rules 402 and 403 |
| P. 289 | Def. Amended Supplemental Responses to Marcus Int. 17 and 24 | Rules 402 and 403 |
| P. 290 | Def. Supp. Response to Wypart Inter. | Rules 402 and 403 |
| P. 291 | Def. Supp. Response to Senderov Inter. | Rules 402 and 403 |
| P. 292 | Def. Supp. Response to Callaghan Inter. 21 and 23 | Rules 402 and 403 |
| P. 293 | Tickner separation agreement | Rules 402, 403 and 408 |
| P. 294 | Labor Statistics | Rules 402 and 403 |
| P. 295 | Labor Statistics | Rules 402 and 403 |
| P. 296 | Labor Statistics | Rules 402 and 403 |
| P. 297 | Labor Statistics | Rules 402 and 403 |

| P. 298 | Labor Statistics | Rules 402 and 403 |
|---|---|---|
| P. 299 | PQBM 9121-144 Cost Centers | Rules 402 and 403 |
| P. 300 | Personnel Action Form - Slobogin | Rules 402 and 403 |
| P. 301 | Personnel Action Form - Tickner | Rule 402 and 403 |

Respectfully submitted,

*s/ Elizabeth A. Malloy (EM962)*
Elizabeth A. Malloy, Esq. (PA ID No. 48297)
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215-665-5310
215-665-8760 (fax)
elizabeth.malloy@bipc.com

Peter J. Ennis, Esq. (PA ID No. 45754)
BUCHANAN INGERSOLL & ROONEY, P.C.
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219
412-392-1689
412-456-1041 (fax)
peter.ennis@bipc.com

Attorneys for Defendant
PQ Corporation

Dated: October 28, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2009, I caused a true and correct copy of the foregoing Defendant's Objections to Plaintiffs' Final Trial Exhibit List to be filed via the Office Court Electronic Document Filing System, and that said Response is available for viewing and downloading from the ECF system. By virtue of this filing, service is complete upon the following:

Scott B. Goldshaw, Esquire
Katie Eyer, Esquire
Salmanson Goldshaw, P.C.
Two Penn Center
1500 J.F.K. Boulevard, Suite 1230
Philadelphia, PA 19102

*Elizabeth A. Malloy (EM962)*
Elizabeth A. Malloy