IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS<br>ROMAN WYPART | : | CIVIL ACTION |
| v. | : | |
| PQ CORPORATION | : | NO. 07-cv-02075-JF |

VERDICT FORM

1. As to each Plaintiff, state whether you find, by a preponderance of the evidence, that age was a "but for" cause of PQ's decision to terminate the employment of:

   Bonnie Marcus       Yes __X__        No _____

   Roman Wypart       Yes __X__        No _____

2. As to any Plaintiff as to whom you answered the above question "Yes," state the amount of damages you award in the following categories:

Bonnie Marcus:

   1) Back-Pay and Benefits        $ 667,903.00

   2) Front-Pay and Benefits       $ 667,903.00

   3) Emotional Distress           $ 1,500,000.00

   4) Total:                       $ 2,835,806.00

Roman Wypart:

   1) Back-Pay and Benefits        $ 189,990.00

   2) Front-Pay and Benefits       $ 376,646.00

   3) Emotional Distress           $ 2,000,000.00

   4) Total:                       $ 2,566,636.00

Marcus v. PQ Corporation, C.A. No. 07-cv-02075-JF
Verdict Form

3. If you answered Question No. 1 "Yes" as to any Plaintiff, state whether you find that PQ Corporation violated the law wilfully.

    Bonnie Marcus    Yes __X__    No _____

    Roman Wypart    Yes __X__    No _____

Date: __11/10/09__        __Carl F. Ackerman__
                                 Foreperson's Signature

#5

2