IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS | : | CIVIL ACTION |
| ROMAN WYPART | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | NO. 07-2075 |

<u>O R D E R</u>

AND NOW, this 10th day of November, 2009, in accordance with the jury verdict by interrogatories rendered on this date,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of plaintiff Bonnie Marcus in the amount of $2,835,806.00 and against defendant PQ Corporation, and Judgment is hereby entered in favor of plaintiff Roman Wypart in the amount of $2,566,636.00 and against defendant PQ Corporation.

BY THE COURT:

ATTEST: <u>/s/Rosalind Burton-Hoop</u>
Rosalind Burton-Hoop
Deputy Clerk

Civ 1 (8/80)