IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BONNIE MARCUS, *et al.* : CIVIL ACTION
:
v. :
:
PQ CORPORATION : NO. 07-2075

ORDER

AND NOW, this 17th day of February 2011, upon consideration of the post-trial motions and the responses thereto, IT IS hereby ORDERED:

1. That Plaintiffs' Motion to Amend/Correct Order of Judgment to Include Liquidated Damages (Document No. 174) is GRANTED. The judgment will be amended to include an award of liquidated damages equal to the amount of the awards for back-pay and benefits.

2. That Defendant's Motion for Judgment as a Matter of Law or New Trial or Remittitur (Document No. 176) is GRANTED IN PART AND DENIED IN PART as follows:

    a. The motion for judgment as a matter of law is DENIED.

    b. The motion for a new trial as to liability is DENIED.

    c. The motion for a new trial is GRANTED with respect to damages, unless, within 30 days, the plaintiffs accept a remittitur, limiting the award for emotional distress to $50,000 for Bonnie Marcus and $100,000 for Roman Wypart.

3. That Defendant's Motion to Set Aside Judgment to Eliminate Jury's Front Pay Advisory Verdict (Document No. 178) is DENIED.

4. That Plaintiffs' Motion to Mold the Verdict to Include Pre-Judgment and Post-Judgment Interest and to Account for Negative Tax Consequences (Document No. 179) is DENIED, except to the extent that post-judgment

interest will be awarded at the rate specified in 28
   U.S.C. § 1961.

5. That Plaintiffs' Motion for Bond, or Alternatively, to
   Lift the Stay of Execution (Document No. 206) is
   DISMISSED AS MOOT.

6. That an amended judgment in accordance with the
   foregoing will be entered once it is determined whether
   the plaintiffs accept the remittitur.

7. That the plaintiffs may file a renewed motion for
   counsel fees within 20 days.


                              BY THE COURT:



                              /s/ John P. Fullam
                              John P. Fullam,    Sr. J.