IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | **CIVIL ACTION NO.:  07-02075** |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

## PLAINTIFFS' ACCEPTANCE OF REMITTITUR

Pursuant to this Court's Order dated February 17, 2011, Plaintiffs Bonnie Marcus and Roman Wypart hereby accept a remittitur, limiting the award for emotional distress to $50,000 for Bonnie Marcus and $100,000 for Roman Wypart.

Respectfully submitted,

BY:   /s/ Scott B. Goldshaw
Scott B. Goldshaw - I.D. 85492
Katie R. Eyer - I.D. 200756
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA  19102

Dated:  March 18, 2011

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BONNIE MARCUS, et al. | : | |
| | : | |
| Plaintiffs | : | **CIVIL ACTION NO.: 07-02075** |
| | : | |
| v. | : | |
| | : | |
| PQ CORPORATION | : | |
| | : | |
| Defendant | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2011, I caused a true and correct copy of the foregoing *Acceptance of Remittitur* to be filed via the Official Court Electronic Document Filing System, and that said document is therefore available for viewing and downloading from the ECF system. By virtue of this filing, service of the document upon the following counsel, being an Electronic Case Filing User, is complete upon counsel's receipt of the Court's e-mail notification of the Notice of Electronic Filing:

Elizabeth A. Malloy

BY:   /s/ Scott B. Goldshaw
      Scott B. Goldshaw - I.D. 85492
      Katie R. Eyer - I.D. 200756