IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BONNIE MARCUS and ROMAN WYPART : CIVIL ACTION
:
v. :
:
PQ CORPORATION : NO. 07-2075

FILED
MAR 23 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AMENDED JUDGMENT ORDER

AND NOW, this 23rd day of March 2011, in accordance with the Court's Order of February 17, 2011, and following the plaintiffs' acceptance of a remittitur, IT IS ORDERED:

That the Judgment Order of November 10, 2009 is AMENDED as follows:

Judgment is entered IN FAVOR OF the plaintiff, BONNIE MARCUS, and AGAINST the defendant, PQ CORPORATION, in the amount of $2,053,709.[1]

Judgment is entered IN FAVOR OF the plaintiff, ROMAN WYPART, and AGAINST the defendant, PQ CORPORATION, in the amount of $856,626.[2]

Post-judgment interest is awarded at the rate specified in 28 U.S.C. § 1961.

BY THE COURT:

John P. Fullam, Sr. J.

---

[1] The judgment amount has been calculated by doubling the back-pay and benefits award of $667,903, pursuant to the jury's finding of wilfulness, for a total of $1,335,808 and adding the front-pay and benefits award of $667,903 and the reduced emotional distress award of $50,000.

[2] The judgment amount has been calculated by doubling the back-pay and benefits award of $189,990, pursuant to the jury's finding of wilfulness, for a total of $379,980 and adding the front-pay and benefits award of $376,646 and the reduced emotional distress award of $100,000.