Bond Number 285034520

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE MARCUS and ROMAN WYPART, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.: 07-02075 |
| PQ CORPORATION, | : Hon. Lawrence F. Stengel |
| Defendant. | : |

**SUPERSEDEAS BOND**

    KNOW ALL MEN BY THESE PRESENTS that we, PQ CORPORATION, as Principal, and Liberty Mutual Insurance Company, as Surety, are held and firmly bound unto Bonnie Marcus and Roman Wypart, Plaintiffs, in the above styled action, in the full and just sum of Two million nine hundred and eighteen thousand dollars ($2,918,000), to be paid to the said Plaintiff, their successors, executors, administrators or assigns; to which payment to be truly made, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally, firmly by these presents.

    Sealed with our seals and dated this 29th day of June, 2011.

    WHEREAS, on March 23, 2011, in the above styled action pending in the United States District Court for the Eastern District of Pennsylvania, between Plaintiff and Defendant, an amended judgment was entered against Defendant, PQ Corporation, in favor of Plaintiff Bonnie Marcus ($2,053,709) and Roman Wypart ($856,626) and against PQ Corporation in the total amount of Two million nine hundred ten thousand and three hundred and thirty five Dollars ($2,910,335), and the said Defendant. Defendant, PQ Corporation, has appealed from said judgment to the United States Court of Appeals for the Third Circuit; and

    WHEREAS, the said Defendant desires a stay of all proceedings the above entitled cause until the determination of the said appeal;

    THEREFORE, THE CONDITION OF THIS OBLIGATION is that, if Defendant, PQ Corporation, as appellant shall prosecute its appeal to effect and shall satisfy the judgment in full, together with the costs, interest, and damages for delay if the appeal is finally dismissed or if the judgment is affirmed, or shall satisfy in full such judgment, as modified, together with such costs, interest, and damages for delay as the Appellate Court may adjudge and award, then this obligation shall be void; otherwise it shall remain in full force and effect. However, in no event shall the aggregate liability of the Surety under this Bond exceed the sum of Two million nine hundred and eighteen thousand dollars ($2,918,000).

Signed, Sealed and Dated this 29th day of June, 2011.

PQ Corporation _____(Seal)<br>
Principal

By: _W J Suklist_____

Liberty Mutual Insurance Company ____(Seal)<br>
Surety

By: _Robin L Amstutz_____
    Robin L. Amstutz, Attorney-in-Fact

## ORDER

The foregoing bond is hereby approved and is to stand as a supesedeas until the final determination of the appeal.

_____
                                              Judge

Date: 7/7/11

By:_____
   Clerk of the Court

**STATE OF ILLINOIS**

**COUNTY OF COOK**

On this 29th day of June, 2011 before me came **Robin L. Amstutz** who executed the preceding instrument, to me personally known, and being by me duly sworn, said that he is the therein described and authorized ATTORNEY-IN-FACT of **Liberty Mutual Insurance Company** that the seal affixed to said instrument is the Corporate Seal of said Company.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal this day and year first written above.

OFFICIAL SEAL
Michelle R. Gehrke
Notary Public, State of Illinois
My Commission Expires 02/11/13

_____
Michelle R. Gehrke   Notary Public

(Seal)

4255931

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**SAFECO INSURANCE COMPANY OF AMERICA**
**SEATTLE, WASHINGTON**
**POWER OF ATTORNEY**

**KNOW ALL PERSONS BY THESE PRESENTS:** That Safeco Insurance Company of America (the "Company"), a Washington stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint **STEPHEN B. MILLER, PAUL J. SOUPPA, LINDA C. PRATT, ALLISON J. AST, RICHARD T. FOX, JR., ROBIN L. AMSTUTZ, ALL OF THE CITY OF CHICAGO, STATE OF ILLINOIS** ............................................................................................................................................................

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **TWENTY FIVE MILLION AND 00/100******* ****** DOLLARS ($ 25,000,000.00*************** ******)** each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

ARTICLE IV - Execution of Contracts: Section 12. Surety Bonds and Undertakings.
Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitations as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and executed, such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

Pursuant to Article IV, Section 12 of the By-laws, Garnet W. Elliott, Assistant Secretary of Safeco Insurance Company of America, is authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Safeco Insurance Company of America has been affixed thereto in Plymouth Meeting, Pennsylvania this __23rd__ day of __November__, __2010__.

**SAFECO INSURANCE COMPANY OF AMERICA**

By _Garnet W. Elliott_
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this __23rd__ day of __November__, __2010__, before me, a Notary Public, personally came Garnet W. Elliott, to me known, and acknowledged that he is an Assistant Secretary of Safeco Insurance Company of America; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Safeco Insurance Company of America thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Mar. 28, 2013
Member, Pennsylvania Association of Notaries

By _Teresa Pastella_
Teresa Pastella, Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Safeco Insurance Company of America, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article IV, Section 12 of the By-laws of Safeco Insurance Company of America.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Safeco Insurance Company of America at a meeting duly called and held on the 18th day of September, 2009.

VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this _____ day of _____, _____.

_David M. Carey_
David M. Carey, Assistant Secretary

Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.