IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE MARCUS and ROMAN WYPART, | : : : |
| Plaintiffs, | : : CIVIL ACTION NO.: 07-02075 |
| v. | : : Hon. Lawrence F. Stengel |
| PQ CORPORATION, | : : |
| Defendant. | : |

## STIPULATION FOR RELEASE AND RETURN OF SUPERSEDEAS BOND

In accordance with Fed.R.Civ.P. 60(b)(5), and this Court's June 29, 2011, Order requiring Defendant, PQ Corporation, to post a supersedeas bond, Doc. No. 245, the parties hereby stipulate and agree that said supersedeas bond be released as the judgment has been satisfied and released. Specifically, the parties stipulate that the original Surety Bond No. 285034520, executed by Liberty Mutual Insurance Company, posted by Defendant, and received in the Court records on or about July 7, 2011, be released, and that the original bond be returned to PQ Corporation.

Dated: May 4, 2012

/s/ Scott B. Goldshaw
Scott B. Goldshaw *(PA ID No. 85492)*
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Boulevard, Suite 1230
Philadelphia, PA  19102
Phone:  215-640-0593
Fax:  215-640-0596
goldshaw@salmangold.com

Attorneys for Plaintiffs

/s/ Elizabeth A. Malloy
Elizabeth A. Malloy *(PA ID No. 48297)*
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
Phone: 215-665-5310
Fax:     215-665-8760
elizabeth.malloy@bipc.com

-2-

        Peter J. Ennis *(PA ID No. 45754)*
        BUCHANAN INGERSOLL & ROONEY PC
        One Oxford Centre, 20th Floor
        301 Grant Street
        Pittsburgh, PA  15219
        Phone:  412-392-1689
        Fax:      412-562-1041
        peter.ennis@bipc.com

        Attorneys for Defendant

SO ORDERED this _____ day of _____ 2012.

_____
Hon. Judge Lawrence F. Stengel

#8402518-v1