## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BONNIE MARCUS and ROMAN
WYPART,
: 
: 
: 
: 
    .Plaintiffs,
: 
:     CIVIL ACTION NO.: 07-02075
: 
    v.
: 
:     Hon. Lawrence F. Stengel
: 
PQ CORPORATION,
: 
: 
    Defendant.
: 

### STIPULATION FOR RELEASE AND RETURN OF SUPERSEDEAS BOND

In accordance with Fed.R.Civ.P. 60(b)(5), and this Court's June 29, 2011, Order requiring

Defendant, PQ Corporation, to post a supersedeas bond, Doc. No. 245, the parties hereby

stipulate and agree that said supersedeas bond be released as the judgment has been satisfied and

released. Specifically, the parties stipulate that the original Surety Bond No. 285034520,

executed by Liberty Mutual Insurance Company, posted by Defendant, and received in the Court

records on or about July 7, 2011, be released, and that the original bond be returned to PQ

Corporation.

Dated: May 4, 2012

/s/ Scott B. Goldshaw
Scott B. Goldshaw *(PA ID No. 85492)*
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Boulevard, Suite 1230
Philadelphia, PA  19102
Phone:  215-640-0593
Fax:  215-640-0596
goldshaw@salmangold.com

Attorneys for Plaintiffs

/s/ Elizabeth A. Malloy
Elizabeth A. Malloy *(PA ID No. 48297)*
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
Phone:  215-665-5310
Fax:      215-665-8760
elizabeth.malloy@bipc.com

Peter J. Ennis *(PA ID No. 45754)*
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA  15219
Phone:  412-392-1689
Fax:     412-562-1041
peter.ennis@bipc.com

Attorneys for Defendant


SO ORDERED this _____7_____ day of ___MAY_____ 2012.


_____
Hon. Judge Lawrence F. Stengel